IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALONZO REED,** | CASE NO. CIV S-05-0570 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT KERNAN, Warden,** | Judge: Honorable Gregory G. Hollows |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is GRANTED an extension of time within which to file a response in this matter to, and including June 30, 2005.

DATED: 6/7/05

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS

reed0570.eot05