IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

    Petitioner,               No. CIV S-05-0570 FCD GGH P

    vs.

SCOTT KERNAN, Warden,

    Respondent.             ORDER

_____/

    Petitioner, on July 11, 2005, informed the court that he has not yet received the June 30, 2005 answer to his petition. In reviewing the address on respondent's electronically filed proof of service, it appears that respondent has not used the correct post office box number in serving petitioner by mail. Respondent is directed to re-serve the answer upon petitioner by mail at the court's address of record for petitioner within five (5) days of the filing date of this order. Petitioner will have thirty days from the date of re-service to file his reply.

    IT IS SO ORDERED.

DATED: 7/19/05

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
reed0570.rsv